### MILLER v. MARSHALL.

(Supreme Court, Appellate Division, Second Department.   March 24, 1899.)

1. APPEAL — JUDGMENT — AMENDMENT PENDING APPEAL — ADMISSIONS OF REC-
   ORD.
   Where, on the pleadings and admission in the record, a party was en-
   titled to a larger judgment than was awarded him, he is entitled to a
   reversal, though pending appeal the opposite party offers to allow the
   judgment to be amended.
2. SAME — FINDING OF FACT — CONFLICTING PROOF.
   A finding of fact will not be reviewed, the evidence conflicting.

Appeal from municipal court, borough of Manhattan, Third judicial
district.

Action by Louis Miller against George Marshall.   There was a
judgment for plaintiff for less than the relief demanded, and he ap-
peals. . Reversed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT,
HATCH, and WOODWARD, JJ.

Burt Jay Humphrey, for appellant.
Gaston F. Livett, for respondent.

WILLARD BARTLETT, J.   Upon the pleadings and the admis-
sion in the record the plaintiff was entitled to recover at least $52.50,
whereas he was awarded only $50.   The amount of the recovery also
entitled him to $12 extra costs, under the statute (Laws 1882, c. 410,
§ 1420, made applicable to the municipal court by section 1369 of the
Greater New York charter).   Although it appears that the defend-
ant's attorney offered to allow the judgment to be amended by adding
$2.50 to the amount of the recovery, this offer was not made until
after the appeal was taken; and there was no offer to correct the
judgment by adding the amount of extra costs to which the appellant
was entitled.   The plaintiff also insists that the court should have
awarded him $37.50 more than he recovered on account of his claim
for rent; but the proof was conflicting in relation to this portion of
his claim, and we cannot interfere with the conclusion of the justice
upon the question of fact.   By reason of the errors previously dis-
cussed, however, we are constrained to reverse the judgment, and
direct a new trial.   Ordered accordingly.

Judgment of the municipal court reversed, and new trial granted; costs to
abide the event.   All concur.